UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID SLADKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CV762 CDP |
| ) | |
| PROGRESSIVE CLASSIC ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on plaintiff's memorandum requesting continuance of scheduling conference. For good cause shown,

**IT IS HEREBY ORDERED** that plaintiff's request [#7] is granted and the Rule 16 scheduling conference is continued to July 8, 2005, at 9:30 a.m. The Joint Proposed Scheduling Plan shall be filed with the Court on or before July 1, 2005.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of May, 2005.